IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Delicia Johnson, | ) | |
| | ) | Case No. 23-cv-00092 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| Chicago Transit Authority, | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| Defendant. | ) | |

## Status Report

Pursuant to the Court's February 17, 2023 minute order [CM/ECF Document #9], the Parties provide the following status report:

1. On February 17, 2023, the Court granted Defendant's Unopposed Motion to Stay Or Extend Time to Answer Or Otherwise Plead [CM/ECF Document #8] and stayed the time for Defendant to answer until further order of court. [CM/ECF Document #9]. The parties were directed to file a status report on whether a motion to reassign this case has been filed in 22-cv-6024 and if so, the status of such motion, on or before March 17, 2023. *Id.*

2. On March 9, 2023, Plaintiff's counsel filed an Unopposed Motion to Find Related, Reassign, and Consolidate Cases (including this one) in *Harris v. Chicago Transit Authority* [Case No. 22-cv-6024]. That motion seeks, in part, to have this case reassigned to the calendar of the Honorable Steven C. Seeger.

3. To date, Judge Seeger has not ruled on the motion.

4. The Parties respectfully request that the Court continue to stay the time for Defendant to answer or otherwise plead until Judge Seeger rules on the motion.

5. The Parties will update the Court promptly upon receiving a ruling on the motion.

Respectfully Submitted by:

| | |
|---|---|
| /s/ Julie Herrera<br>/s/ Steve Molitor<br><br>Law Office of Julie O. Herrera<br>159 N. Sangamon St., Ste. 200<br>Chicago, IL 60607<br>312-479-3014 (Phone)<br>708-843-5802 (Fax)<br>jherrera@julieherreralaw.com<br>smolitor@julieherreralaw.com<br><br>/s/ Sorin A. Leahu<br><br>Leahu Law Group, LLC<br>53 W. Jackson Blvd, Suite 1527<br>Chicago, IL 60604<br>Telephone: (847)-529-7221<br>sleahu@leahulaw.com<br><br>*Plaintiff's Counsel* | /s/ Christine M. Dadourian<br>Chicago Transit Authority<br>567 W. Lake Street, 6th Floor<br>Chicago, IL 60661<br>Telephone: 312-681-3122<br>Fax: 312-681-2995<br>Email: cdadourian@transitchicago.com<br><br>*Defendant's Counsel* |